UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 07-0257M-01 (CR) |
| | : | |
| JOEL BULLOCK, | : | VIOLATIONS: 18 U.S.C. § 287 |
| | : | (False Claims); |
| Defendant. | : | 4 D.C. Code § 218.01(a) |
| | : | (Fraud in Obtaining Public Assistance) |

**I N F O R M A T I O N**

The United States informs the Court**:**

**COUNT ONE: False Claims**

Beginning on or about December 29, 2000, Defendant Joel Bullock, a resident of the District of Columbia, knowingly and intentionally presented false claims for financial assistance from the Public Housing Program provided by the District of Columbia Housing Authority ("DCHA"), and funded by the U.S. Department of Housing and Urban Development, a federal government agency. From on or about December 29, 2000, up to on or about September 20, 2005, in the District of Columbia, Defendant Bullock knowingly and intentionally presented false claims to DCHA for program benefits (reduced rent and financial assistance) that she was ineligible to receive, and fraudulently obtained funds and financial assistance on the basis of these false claims. In total, Defendant Bullock fraudulently obtained approximately $28,494 by knowingly and intentionally filing these false claims to DCHA to obtain benefits provided by federal funds.

**(False Claims, in violation of l8 U.S.C. § 287).**

**COUNT TWO:  Fraud in Obtaining Public Assistance**

At all times material to this Information:

The District of Columbia Housing Authority ("DCHA") was a local government agency that administered a public housing assistance program in this District.

Defendant, Joel Bullock, resided in an apartment in James Creek Dwelling, a public housing project located at 1347 Half Street, Southwest, in this District, and Defendant Bullock was a participant in DCHA's public housing assistance program.

From on or about December 29, 2000, up to on or about September 20, 2005, Defendant Bullock did knowingly, and with the intent to injure and defraud, obtain public assistance, that is, money from DCHA, by on multiple occasions improperly submitting annual recertification forms to DCHA in which Defendant Bullock under-reported her annual income, which resulted in DCHA partially funding Defendant Bullock's rent in an amount greater than Defendant Bullock was eligible to receive.

As a result of Defendant Bullock's scheme, Defendant Bullock improperly received public assistance, that is, money belonging to DCHA to which Defendant Bullock was not entitled, and used the money for her own benefit and use.

**(Fraud in Obtaining Public Assistance, in violation of D.C. Code § 4-218.01(a)).**

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

By: _____
DAVID P. SAYBOLT
Assistant United States Attorney
United States Attorneys Office
VA Bar
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 307-6080
David.Saybolt@usdoj.gov