U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**
MAY 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    :

V.    :    Case No.   08-88 (RBW)

JOEL BULLOCK    :

    :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __16TH__ day of __MAY__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by __SPEACIAL AGENT JEFF LOWERY__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __DC- OIG__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __SPECIAL AGENT JEFF LOWERY__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-80

DEFENSE COUNSEL